UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—
GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:23-cv-00172-SSS-SPx | Date | April 5, 2024 |
| Title | *Rudolfo Campos, et al. v. Polaris, Inc.* | | |

Present: The Honorable  SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:   (IN CHAMBERS) ORDER DISMISSING CASE WITH PREJUDICE**

On March 5, 2024, the Court granted Defendant Polaris, Inc.'s motion to dismiss Plaintiffs' Rudolfo Campos and Carlos Corrales' Second Amended Class Action Complaint.  [Dkt. 37, Order Granting Def.'s Mot. Dismiss Pls.' Second Am. Compl.].  Campos and Corrales were granted leave to amend the complaint, which was due March 22, 2024.  [*Id.* at 12].  Campos and Corrales were cautioned that failure to file an amended complaint by that date would result in a dismissal of their claims with prejudice.  [*Id.*].

As of today's date, Campos and Corrales have not filed an amended complaint or otherwise responded to the March 5 order.  Accordingly, this case is **DISMISSED WITH PREJUDICE** for their failure to prosecute.  *See* Fed. R. Civ. P. 41(b).  A judgment will be issued separately.

   **IT IS SO ORDERED.**