**(JS-6)**

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| RUDOLFO CAMPOS, et al., | Case No. 5:23-cv-00172-SSS-SPx |
| Plaintiffs, | |
| v. | **JUDGMENT** |
| POLARIS, INC., | |
| Defendant. | |

Pursuant to the Court's Order Granting Defendants' Motion to Dismiss Plaintiffs' Second Amended Complaint and Order Dismissing Case with Prejudice, this action is **DISMISSED WITH PREJUDICE**.

DATED: April 5, 2024

_____
SUNSHINE S. SYKES
United States District Judge

-1-